```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY ROY CAMPBELL          :          CIVIL ACTION
                              :
        v.                    :
                              :
MICHAEL CHERTOFF et al.       :          No. 05-2041
```

                                ORDER

         AND NOW, this 31st day of August, 2005, upon

consideration of Campbell's petition for writ of habeas corpus

(docket entry # 1), the Government's response (docket entry # 5),

Campbell's reply (docket entry # 9), and the July 29, 2005 Report

and Recommendation of the Honorable David R. Strawbridge (docket

entry # 7), and the Court finding that, in his petition, Campbell

contends that the Immigration and Customs Enforcement Service

should release him while he pursues his appeal of our July 12,

2004 denial of his motion for a stay and for habeas corpus in

Civ. No. 04-2016, and the Court further finding that our Court of

Appeals in its decision in App. No. 04-3274 on August 29, 2005

concluded that Campbell was not entitled to relief and vacated

its stay of Campbell's removal, thereby mooting the instant

petition and that, in any event, Judge Strawbridge's cogent

analysis (to which Campbell interposed no objections)

demonstrates that Campbell's legal claim would have been

meritless, it is hereby ORDERED that:

         1.   The Report and Recommendation is APPROVED and

ADOPTED;

         2.   The petition for writ of habeas corpus is DENIED;

         3.   A certificate of appealability shall NOT ISSUE;

and

4.    The Clerk shall CLOSE this matter statistically.


BY THE COURT:


/s/ Stewart Dalzell, J.